## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NORMA ANDÚJAR VALENTÍN  Plaintiff  Vs.  ASHFORD PRESBYTERIAN HOSPITAL et als  Defendants | CIVIL NO. 18-CV-01811 (ADC)  (JURY TRIAL REQUESTED) |

## REQUEST FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

TO THE HONORABLE COURT:

COME NOW, defendant Dr. Pedro J. Hernández (Hernández) through his undersigned counsel and respectfully STATES and PRAYS as follows:

1. The undersigned was recently retained to serve as defendant's legal counsel, and are in the process of gathering the necessary information to adequately answer the complaint or otherwise plead.

2. To that effect, defendant needs an additional **30 days** to answer or otherwise plead to the Complaint.

**WHEREFORE**, defendant respectfully moves the Court to grant him until **January 21, 2019** to file his answer to the Complaint or otherwise plead.

**RESPECTFULLY SUBMITTED**.

I hereby certify that a copy of this motion was filed using the Court's CM/ECF system that will electronically send a copy to attorneys of record.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico this 21st day of December, 2018.

*DOBLE GALLART LAW LLC*
**Attorney for Defendant Dr. Hernández**
420 Ponce de León Ave., Suite 304
San Juan, Puerto Rico 00918-3403
Tel: (787) 754-7171/Fax: (787) 250-1041
E-mail: doblegallart@gmail.com

By: /s/ *Angelique Doble Bravo*
    ANGELIQUE DOBLE BRAVO
    USDC-PR 221208

.