# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **NORMA ANDUJAR VALENTIN**  **Plaintiff**  **v.**  **ASHFORD PRESBYTERIAN HOSPITAL et als** | **CIVIL NO: 18-cv-01811 (ADC)**  **PLAINTIFFS DEMAND TRIAL BY JURY** |

## MOTION JOINING LEGAL REPRESENTATION

**TO THE HONORABLE COURT:**

**COMES NOW** subscribing counsel and on behalf of Dr. Pedro J. Hernández-Rivera, STATES, ALLEGES AND PRAYS:

1. Undersigned counsel has been requested to enter his appearance as Counsel for Dr. Pedro J. Hernández-Rivera together with Attorney Angelique Doble Bravo, who with the filing of document 17, Request for Extension of Time to Answer or Otherwise Plead entered her appearance for Dr. Pedro J. Hernández-Rivera.

**WHEREFORE** it is very respectfully requested from this Honorable Court that subscribing counsel be recognized as legal representative of Dr. Pedro J. Hernández-Rivera together with Attorney Angelique Doble Bravo.

**WHEREFORE** it is very respectfully requested from this Honorable Court that the Motion Joining Legal Representation be granted.

**I HEREBY CERTIFY** that a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sends notification of such filing to all the attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 21st day of December, 2018.

*S/ LUIS F. MONTIJO*

**LUIS F. MONTIJO**
**USDC ID. NO. 122302**

**MONTIJO & MONTIJO LAW OFFICES**
**URB. ROOSEVELT**
**534 OCTAVIO MARCANO**
**SAN JUAN, PR 00918-2747**
**TEL: (787) 754-3055 / FAX: (787) 754-5918**
**lmontijo@montijolaw.com**