# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**NORMA ANDUJAR-VALENTIN,**
    Plaintiff,

v.

**ASHFORD PRESBYTERIAN COMMUNITY HOSPITAL, ET AL.,**
    Defendants.

CIVIL NO. 18-1811 (JAG-MDM)

## MINUTE

On October 5, 2020, at 9:00AM, the Court held a Status Conference in the virtual chambers of U.S. Magistrate Judge Marshal D. Morgan. The parties were represented by their respective counsel, Rafael E. García-Rodón for plaintiffs, and José A González-Villamil, Marta E. Vilá-Baez, José L. Delgado-Cadilla, Juan M. Masini-Soler, Juan Antonio Perero-Lozada, Giovanni Picorelli-Ayala, José F. Cáceres-Cardona, Angelique Doble-Bravo, Luis F. Montijo and Igor Domínguez-Pérez for defendants.

This matter was referred to the undersigned magistrate judge for the holding of a status conference, and then, at the conclusion of discovery, a settlement conference. Plaintiff's counsel García-Rodón informed the Court that due to Defendant Dr. Muñoz' recent passing, his estate has been substituted as a party defendant in the case.

With respect to discovery, counsel explained that discovery has progressed rather successfully given the turmoil caused by the COVID-19. The only thing left to be done is to schedule the depositions of plaintiff's two expert witnesses and defendants' 5 or 6 expert witnesses. Until those depositions are completed the parties said they will not be in a position to discuss settlement. The parties took advantage of the fact that all eleven attorneys were present for this virtual status conference to discuss the scheduling of the remaining depositions. After much discussion, the parties agreed on the following dates:

**November 10, 2020** at 1:00PM-Deposition of Dr. Shields, confirmed by all parties.

**November 30, 2020** at 1:00PM-Tentative deposition of Dr. Fernando García. Because this date is different than the date originally provided by Dr. Fernando García, Counsel García-Rodón will confirm the doctor's availability for that date. If that date is not acceptable to Dr. García, the parties have also separated the date of **December 22, 2020** as a possible date for Dr. García's deposition. If this date is not needed for Dr. García's deposition, the parties agreed to keep the date available for the possible depositions of one or more of defendants' expert witnesses.

With respect to defendant Yanira Avilés-Burgos, Counsel García-Rodón said he would interview her before making a determination to depose her or to voluntarily dismiss her from the cause of action.

Given the pending depositions, the parties agreed that it would be prudent to request from the Court leave to extend the discovery cutoff date until **March 15, 2021**. Counsel Juan Masini-Soler volunteered to file the motion on everyone's behalf.

The parties then agreed as to their availability for a settlement conference to be held on **Thursday, March 25, 2021 at 1:30PM.**

**IT IS SO ORDERED**.

In San Juan, Puerto Rico, this 5th day of October 2020.

　　　　　　　　　　　　　　　　　　　　*s/Marshal D. Morgan*
　　　　　　　　　　　　　　　　　　　　MARSHAL D. MORGAN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge