# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **NORMA ANDUJAR-VALENTIN,**<br>    Plaintiff,<br><br>v.<br><br>**ASHFORD PRESBYTERIAN COMMUNITY HOSPITAL, ET AL.,**<br>    Defendants. | CIVIL NO. 18-1811 (JAG-MDM) |

## MINUTE

On March 25, 2021, at 1:30PM, the Court held a Status Conference in the virtual chambers of U.S. Magistrate Judge Marshal D. Morgan. The parties were represented by their respective counsel, Rafael E. García-Rodón for plaintiffs, and Marta E. Vilá-Baez, José L. Delgado-Cadilla, Juan M. Masini-Soler, Juan Antonio Pedrero-Lozada, José F. Cáceres-Cardona, Luis F. Montijo and Igor Domínguez-Pérez for defendants.

This matter was referred to the undersigned magistrate judge for the holding of a status conference, and then, at the conclusion of discovery, a settlement conference. The status conference was held back on October 5, 2020. The parties informed, however, that discovery has not yet concluded and that until discovery is concluded, they will not be in a position to discuss settlement. Accordingly, the settlement conference was called but could not be held.

In the meantime, the plaintiff informed the Court that she has reached a partial settlement with the following defendants: Dr. Muñoz-Rodríguez, Dr. Muñoz-Rodríguez' conjugal partnership, Hospital Pavia Santurce and all of their respective insurance companies.

To be sure, this federal cause of action was filed by an aunt of the deceased based on diversity jurisdiction. The deceased's parents and sister, however, filed suit in the Puerto Rico Court of First Instance because they do not enjoy diversity of citizenship. Notwithstanding there being two separate cases, they both share the same discovery schedule. The parties also informed that what remains of discovery are the depositions of plaintiff's surgical expert, which is scheduled for April 27, 2021, and the defendants' three expert witnesses. The parties expect to conclude the remaining depositions by May 20, 2021.

The parties then agreed with the Court to continue the settlement conference for **Tuesday, July 6, 2021 at 9:30AM.**

**IT IS SO ORDERED**.

In San Juan, Puerto Rico, this 25th day of March 2021.

Conference began at 1:31PM
Conference ended at 1:47PM

_____
MARSHAL D. MORGAN
United States Magistrate Judge